UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

CHRISTOPHER PAUL CROZIER,

          Defendant.

Case: 1:23-cr-20635
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 11-08-2023 At 02:02 PM
IND USA v. Christopher Crozier (krc)

---

## INDICTMENT

---

THE GRAND JURY CHARGES:

### COUNT ONE
### Distribution of Methamphetamine
### (21 U.S.C. § 841(a)(1))

On or about July 23, 2023, in the Eastern District of Michigan, Christopher Paul Crozier knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWO
### Distribution of Methamphetamine
### (21 U.S.C. § 841(a)(1))

On or about August 3, 2023, in the Eastern District of Michigan, Christopher

Paul Crozier knowingly and intentionally distributed a mixture or substance

containing a detectable amount of methamphetamine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C).

## COUNT THREE
### Distribution of Methamphetamine
### (21 U.S.C. § 841(a)(1))

On or about August 28, 2023, in the Eastern District of Michigan,

Christopher Paul Crozier knowingly and intentionally distributed a mixture or

substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance, in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(C).

## COUNT FOUR
### Possession with Intent to Distribute Methamphetamine
### (21 U.S.C. § 841(a)(1))

On or about August 28, 2023, in the Eastern District of Michigan,

Christopher Paul Crozier knowingly possessed with the intent to distribute a

mixture or substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance, in violation of Title 21, United States Code,

Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE
### Possession with Intent to Distribute Fentanyl
### (21 U.S.C. § 841(a)(1))

On or about August 28, 2023, in the Eastern District of Michigan,

Christopher Paul Crozier knowingly possessed with the intent to distribute a

mixture or substance containing a detectable amount of fentanyl, a Schedule II

controlled substance, in violation of Title 21, United States Code, Section

841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

Pursuant to Fed. R. Cr. P. 32.2(a), the government hereby provides notice to

the defendant of its intention to seek forfeiture of all proceeds, direct or indirect, or

property traceable thereto, all property that facilitated the commission of the

violations alleged, or property traceable thereto, and all property involved in, or

property traceable thereto, of the violations set for in this.

Substitute Assets:  If the property described above as being subject to

forfeiture, as a result of any act or omission of Defendant:

    a.  Cannot be located upon the exercise of due diligence;

    b.  Has been transferred or sold to, or deposited with, a third party;

    c.  Has been placed beyond the jurisdiction of the Court;

    d.  Has been substantially diminished in value; or

    e.  Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

Dated:  November 8, 2023                THIS IS A TRUE BILL

                                          s/Grand Jury Foreperson
                                          GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/Anthony P. Vance                s/Roy R. Kranz
ANTHONY P. VANCE           ROY R. KRANZ
Assistant United States Attorney    Assistant U.S. Attorney
Chief, Branch Offices              101 First Street, Suite 200
                                     Bay City, Michigan 48708-5747
                                     (989) 895-5712
                                     Roy.Kranz@usdoj.gov
                                     (P56903)

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

---

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ **Yes**          x **No**

Case: 1:23-cr-20635
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 11-08-2023 At 02:02 PM
IND USA v. Christopher Crozier (krc)

---

**Case Title:** USA v.  Christopher Paul Crozier

**County where offense occurred:**  Isabella

**Check One:**   **X Felony**      __ **Misdemeanor**      **Petty**

      **X**   Indictment/____Information ---   **no** prior complaint.
      _____Indictment/____Information ---   based upon prior complaint []
      _____Indictment/____Information ---   based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

      ☐      Corrects errors; no additional charges or defendants.
      ☐      Involves, for plea purposes, different charges or adds counts.
      ☐      Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

---

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:  November 8, 2023

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #:  P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.